IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| KENNETH CLAY, | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 4:07-CV-38 (CDL) |
| DOUGLAS PULLEN, Superior Court Judge, and GERALD SLY, | * | |
| | * | |
| Defendants. | * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 29, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 24th day of August, 2007.

                                              S/Clay D. Land
                                                CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE